IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESA LIGATO, DONNA BUSILLO, individually and as members of D & T Transport Services, LLC, and D&T TRANSPORT SERVICES, LLC | : : : : : | CIVIL ACTION |
| v. | : : | |
| RYDER USED VEHICLE SALES, INC. | : : | NO. 19-2345 |

# ORDER

**AND NOW**, this 16th day of July, 2019, upon consideration of Defendant's Motion to Dismiss (Docket No. 4) and Defendant's Motion for Leave to File a Reply Brief (Docket No. 6) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motion to Dismiss is **GRANTED** and Count III, IV, and V are hereby **DISMISSED**.

2. The Motion for Leave to File a Reply Brief is **DENIED**.

BY THE COURT:

/s/ John R. Padova_____
John R. Padova, J.